

# NUMBER 13-25-00674-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

AARON RODRIGUEZ,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

## ON APPEAL FROM THE 92ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This cause is before the Court on its own motion. On December 17, 2025, appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number CR-2971-25-A. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents before us, the trial court has certified that appellant "has NO right of appeal" and that he "waived the right of appeal." *See* TEX. R. APP. P.

25.2(a)(2). On December 19, 2025, we ordered appellant's counsel to review the record and determine whether appellant had the right to appeal. Appellant's counsel has failed to respond to the Order or otherwise establish that appellant has a right to appeal the judgment.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of January, 2026.